# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134459 & (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NICOLE L. BROMLEY,
           Plaintiff-Appellee,

v

                                SC: 134459
                                COA: 278143
                                WCAC: 07-000028

AEROPOSTALE, INC., and AMERICAN
PROTECTION INSURANCE COMPANY,
           Defendants-Appellees,
and

WAUSAU UNDERWRITERS INSURANCE
COMPANY,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for sanctions is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
                   Clerk

t1022